IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| C. NICOLE HENDERSON, et al., | : | CIVIL ACTION |
| Plaintiffs, | : | |
| v. | : | NO. 19-1064 |
| MONTGOMERY COUNTY COMMUNITY COLLEGE, | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 21st day of July, 2021, upon consideration of Defendant Montgomery County Community College's Motions for Summary Judgment Against Plaintiffs Mychelle Sneed-Jacobs, Natasha Patterson, and C. Nicole Henderson (Doc. Nos. 29, 30, and 32), and the briefing in support thereof and in opposition thereto, it is hereby **ORDERED** that:

1. Defendants' Motions are **GRANTED** and judgment is entered against Plaintiffs and in favor of Defendant.
2. The Clerk of Court is directed to mark this case **CLOSED**.

BY THE COURT:

*/s/ Marilyn Heffley*
MARILYN HEFFLEY
UNITED STATES MAGISTRATE JUDGE